UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | ) ) ) | CIVIL ACTION<br>NO. 96-10804-DPW<br>NO. 1:04-CV-10677-DPW |
| Plaintiff, | ) ) | (Review Avenue) |
| v. | ) ) | |
| THE BLACK & DECKER CORPORATION, BLACK & DECKER, INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART INDUSTRIES, INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF FILING WITH CLERK'S OFFICE
REGARDING THE REVIEW AVENUE SITE**

Notice is hereby given that the following document has been manually filed under seal with the Court and is available in paper form only.

- Black & Decker's Memorandum In Response To Liberty Mutual Insurance Company's Supplemental Motion For Summary Judgment With Respect To The Review Avenue Landfill Site

The original document is maintained in the case file in the Clerk's Office.

Dated: December 9, 2004

/s/ Jack R. Pirozzolo
Jack R. Pirozzolo, BBO# 400400
Richard L. Binder, BBO# 043240
James J. Nicklaus, BBO# 564806
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470